IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHAWN FRANCIS TRENCH,**

    **Petitioner,**

**v.**     **CASE NO. 5:12-cv-271-RS-CJK**

**MICHAEL D. CREWS,**

    **Respondent.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 34). I have reviewed the report and recommendation *de novo*.

I have also reviewed Petitioner's Objections (Doc. 35), which were filed by Petitioner's counsel. The Objections largely fail to address the Magistrate Judge's recommendation that this case should be dismissed due to a failure to exhaust state administrative remedies. The only purportedly binding authority that Petitioner cites for excusing his failure to exhaust state remedies is *Rose v. Lundy*, 455 U.S. 509, 523-24, 102 S.Ct. 1198, 1206 (1982). However, Petitioner failed to mention that his citation to *Lundy* was to a non-binding concurring opinion. Furthermore, much *Lundy* is questionable law in light of the Antiterrorism and Effective Death Penalty Act of 1996 and subsequent jurisprudence. Because Petitioner, even with the advice of counsel, has wholly failed to provide any authority to call into

question the recommendation of the Magistrate Judge, I adopt that recommendation.

Petitioner requests, in the alternative, that I hold the disposition of this case in abeyance to permit Petitioner to return to state court to exhaust his remedies. However, because Petitioner cites no authority or precedent for such a request, I deny it. Therefore,

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. Petitioner's Second Amended Petition for Writ of Habeas Corpus (Doc. 26) is **DENIED**.
3. The certificate of appealability is **DENIED** because Defendant did not make a substantial showing of the denial of a constitutional right.
4. The Clerk is directed to close the file.

**ORDERED** on October 31, 2014.

                               **/s/ Richard Smoak**
                               **RICHARD SMOAK**
                               **UNITED STATES DISTRICT JUDGE**